In the Matter of the Application of HINDS, NOBLE & ELDREDGE, Respondent, for Authorization to Change Its Corporate Name to HINDS, HAYDEN & ELDREDGE, INC.

G. CLIFFORD NOBLE et al., Appellants.

(Argued May 25, 1916; decided June 13, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 14, 1916, which reversed an order of Special Term

denying the application of petitioner for permission to change its corporate name and granted said application. Minority stockholders objected on the grounds that the application was not made in good faith, and that the proposed change of name would be a serious detriment to the best interests and welfare of the company. The petitioning corporation argued that a stockholder had no right or standing to oppose a change in corporate name, and that even if a stockholder had such standing, an objection by him, to be such a "reasonable objection" as to furnish grounds for denying the application, must be predicated on fraud or illegality. The Special Term dismissed these contentions and denied the application on the merits. The Appellate Division reversed this determination and sustained the second of the contentions mentioned, holding, in substance, that since the objecting stockholders had shown neither "fraud" nor "illegality" in connection with the proposed change of name, the application should be granted.

*Frederick T. Kelsey* for appellants.

*Edward F. Clark* and *Roger Hinds* for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.